■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY HAWTHORNE, Appellant.— In a *coram nobis* proceeding, defendant appeals from

an order of the County Court, Kings County, dated December 6, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered in October, 1949 on his plea of guilty, convicting him of burglary in the first degree, and sentencing him, and thereafter, in January, 1959, resentencing him. Order affirmed. No opinion. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.